IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-193-GCM

| | |
|---|---|
| **T2 PRODUCTS, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) ORDER |
| **ADVANTUS CORP.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Kyle C. Jacobs,** filed May 22, 2014 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Jacobs is admitted to appear before this court *pro hac vice* on behalf of defendant, Advantus Corp.

**IT IS SO ORDERED.**

Signed: May 27, 2014

Graham C. Mullen
United States District Judge