IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-193-GCM

T2 PRODUCTS, LLC,
        Plaintiff,

v.                              ORDER

ADVANTUS CORP.,
        Defendant.

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Alan Scott Wachs,** filed May 22, 2014 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Wachs is admitted to appear before this court *pro hac vice* on behalf of defendant, Advantus Corp.

**IT IS SO ORDERED.**

Signed: May 27, 2014

Graham C. Mullen
United States District Judge